UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHINUE K. DAVID,

                                   Plaintiff,

                  -against-

WILLIAM GUZMAN; RSMC DOC,

                                   Defendants.

25-cv-9746 (LTS)

CIVIL JUDGMENT

For the reasons stated in the March 13, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 16, 2026
         New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge